**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

James Lamar Ficklin, Appellant.

Appellate Case No. 2019-001741

———

Appeal From Greenwood County
Eugene C. Griffith, Jr., Circuit Court Judge

———

Unpublished Opinion No. 2022-UP-006
Submitted November 1, 2021 – Filed January 12, 2022

———

**APPEAL DISMISSED**

———

Deputy Chief Appellate Defender Wanda H. Carter, of
Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General William M. Blitch,
Jr., both of Columbia, for Respondent.

———

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386
U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, A.C.J., MCDONALD, J., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.